UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

POLM FAMILY FOUNDATION, INC.  )
                              )
    Plaintiff,                )
v.                            )
                              )   Civil Action No. 1:08-cv-00514
UNITED STATES OF AMERICA,     )
et al.                        )
                              )
    Defendants.               )
                              )

### AFFIDAVIT OF SERVICE

I, Russell J. Pope, counsel for the Plaintiff in the above-captioned case, do hereby affirm that the following entities and individuals were served with a copy of the Summons, Complaint, and Exhibits filed in this case via certified mail, return receipt requested, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure. The dates of service, according to the stamped return receipt cards, are set forth below for each entity/individual served:

| | |
|---|---|
| U.S. Attorney's Office, District of Columbia | March 28, 2008 |
| Hon. Linda E. Stiff, Acting Commissioner, Internal Revenue Service | March 31, 2008 |
| Hon. Michael B. Mukasey, U.S. Department of Justice | March 31, 2008 |

Copies of the date-stamped return receipt cards are attached hereto, collectively, as Exhibit A.

Respectfully submitted,

/s/ Russell J. Pope
Russell J. Pope (No. 426865)
POPE & HUGHES, P.A.
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland 21204
410-494-7777
*Attorneys for Plaintiff, Polm Family Foundation, Inc.*

| | POSTAGE | $4.60 | POSTMARK OR DATE |
|---|---|---|---|
| RETURN RECEIPT SERVICE | RESTRICTED DELIVERY FEE | $0.00 | |
| | CERTIFIED FEE | $2.65 | |
| | RETURN RECEIPT FEE | $2.15 | |
| SENT TO: | TOTAL POSTAGE AND FEE'S | $9.40 | |

7118 6567 6996 0000 1051

Civil Processing Clerk
U.S.Attorney's Ofc, Dist. Of Columbia
Judiciary Ctr, Civil Div., 10th Fl
555 Fourth Street, NW
Washington, D.C. 20530
3/27/2008  2:29 PM

PS FORM 3800



**RECEIPT FOR CERTIFIED MAIL**
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(SEE OTHER SIDE)

---

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| | A. Signature  X _[signature]_   ☐ Agent  ☐ Addressee |
| 7118 6567 6996 0000 1051 | B. Received by (Printed Name)   C. Date of Delivery  03-28-08 |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes  If YES enter delivery address below: ☐ No |
| Civil Processing Clerk U.S.Attorney's Ofc, Dist. Of Columbia Judiciary Ctr, Civil Div., 10th Fl 555 Fourth Street, NW Washington, D.C. 20530 3/27/2008  2:29 PM | 3. Service Type  ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

PS Form 3811                  Domestic Return Receipt

| | POSTAGE | $4.60 | POSTMARK OR DATE |
|---|---|---|---|
| RETURN RECEIPT SERVICE | RESTRICTED DELIVERY FEE | $0.00 | |
| | CERTIFIED FEE | $2.65 | |
| | RETURN RECEIPT FEE | $2.15 | |
| SENT TO: | TOTAL POSTAGE AND FEE'S | $9.40 | |

7118 6567 6996 0000 1037

Internal Revenue Service
1111 Constitution Ave., N.W.
Room 3000
Washington, D.C. 20224

3/27/2008  2:24 PM

PS FORM 3800

**UNITED STATES POSTAL SERVICE**

**RECEIPT FOR CERTIFIED MAIL**
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(SEE OTHER SIDE)

---

**2. Article Number**

7118 6567 6996 0000 1037

**1. Article Addressed to:**

Internal Revenue Service
1111 Constitution Ave., N.W.
Room 3000
Washington, D.C. 20224

3/27/2008  2:24 PM

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  Commissioner's Correspondence

C. Date of Delivery
MAR 3 1 2008

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811               Domestic Return Receipt

| | POSTAGE | $4.60 | POSTMARK OR DATE |
|---|---|---|---|
| RETURN RECEIPT SERVICE | RESTRICTED DELIVERY FEE | $0.00 | |
| | CERTIFIED FEE | $2.65 | |
| | RETURN RECEIPT FEE | $2.15 | |
| SENT TO: | TOTAL POSTAGE AND FEE'S | $9.40 | |

7118 6567 6996 0000 1044

The Honorable Michael B. Mukasey
Attorney General, U.S. Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

3/27/2008  2:26 PM

PS FORM 3800



**RECEIPT FOR CERTIFIED MAIL**
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(SEE OTHER SIDE)

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| | A. Signature  X _[signature]_  ☐ Agent  ☐ Addressee |
| 7118 6567 6996 0000 1044 | B. Received by (Printed Name) / C. Date of Delivery  MAR 31 2008 |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes  If YES enter delivery address below: ☐ No |
| The Honorable Michael B. Mukasey  Attorney General, U.S. Dept. of Justice  950 Pennsylvania Avenue, NW  Washington, D.C. 20530-0001  3/27/2008  2:26 PM | 3. Service Type  ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

PS Form 3811    Domestic Return Receipt