IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| POLM FAMILY FOUNDATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-00514-RBW |
| | ) | |
| UNITED STATES and INTERNAL REVENUE SERVICE, | ) ) | |
| | ) | |
| Defendants. | ) | |

ANSWER

The United States of America and the Internal Revenue Service, by and through undersigned counsel, respond to the allegations contained in the plaintiff's complaint as follows:

FIRST DEFENSE

This Court lacks jurisdiction over the complaint because plaintiff failed to exhaust its administrative remedies.

SECOND DEFENSE

The Court lacks jurisdiction over the person of the Internal Revenue Service. The Internal Revenue Service is an agency of the United States that is not authorized to sue or be sued *eo nomine*.

THIRD DEFENSE

For their further answer, the United States and the Internal Revenue Service:

1.  Admit the allegations contained in paragraph 1.

3309668.1

- 2 -

2. Admit the allegations contained in paragraph 2, except to deny that the "IRS" is a defendant.

3. Deny the allegations contained in paragraph 3.

4. Admit the first sentence of paragraph 4 and lack knowledge or information to either admit or deny the remaining allegations in paragraph 4.

5. Deny that the Form 1023 was substantially complete and admits the remaining allegations contained in paragraph 5.

6. Admit the allegations contained in paragraph 6.

7. Admit the allegations contained in paragraph 7.

8. Lack knowledge or information to either admit or deny the allegations contained in the first sentence of paragraph 8, and admit the allegations contained in the second sentence of paragraph 8.

9. Deny the allegations contained in paragraph 9.

10. Deny the allegations contained in paragraph 10.

11. Deny the allegations contained in paragraph 11.

12. Deny the allegations contained in paragraph 12.

13. Paragraph 13 incorporates the allegations contained in paragraphs 1 through 12. The United States and the Internal Revenue Service, accordingly, incorporate their responses to paragraphs 1 through 12.

14. Admit the allegations contained in paragraph 14.

- 3 -

15. Deny the allegations contained in paragraph 15.

16. Deny the allegations contained in paragraph 16.

17. Deny the allegations contained in paragraph 17.

18. Deny the allegations contained in paragraph 18.

WHEREFORE, the United States and the Internal Revenue Service pray that this Court:

A. Dismiss the action with prejudice; and

B. Award such other and further relief as is just and proper in the circumstances.

DATE: May 27, 2008

      /s/ Jan M. Geht
JAN M. GEHT
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-6449
Fax: (202) 514-6866
E-mail: jan.m.geht@usdoj.gov
*Counsel for the United States*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

3309668.1

- 4 -

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing ANSWER was served on May 27, 2008, via ECF to all counsel of record.

    /s/ Jan M. Geht
JAN M. GEHT

3309668.1