UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POLM FAMILY FOUNDATION, INC., ) | |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | Civil Action No. 1:08-cv-00514 (RGW) |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| ) | |
| Defendants ) | |
| ) | |

## JOINT STATEMENT BY THE PARTIES

Plaintiff, the Polm Family Foundation, Inc. (the "Foundation"), and Defendants, the United States of America and the Internal Revenue Service, by their respective undersigned attorneys, pursuant to Local Civil Rule 16.3 and this Court's General Order and Guidelines for Civil Cases, hereby submit this Joint Statement and further state as follows:

1. As "an action for review on an administrative record," this proceeding is exempt from the operation of Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure as well as Local Civil Rule 16.3. LCvR 16.3(b)(1). However, pursuant to this Court's General Order and Guidelines for Civil Cases, "if counsel's proceeding is exempt from the Local Rule's requirements, counsel for both parties shall jointly prepare and submit a statement to the Court indicating whether they believe the matter will be resolved solely through the filing of dispositive motions and proposing a scheduling timeframe for the filing of such motions to the Court." General Order and Guidelines for Civil Cases (Judge Walton) at 5, n. 4. This submission is offered in satisfaction of the Court's General Order.

3412034.1

2. As a preliminary matter, the Defendants filed a Motion to Dismiss in this case on June 18, 2008. The Defendants contend that this Court does not have subject matter jurisdiction because the Foundation has failed to exhaust its administrative remedies as a necessary prerequisite to pursuing judicial relief. In a Memorandum in Opposition to Motion to Dismiss filed on July 2, 2008, the Foundation set forth the reasons why the administrative remedies have been exhausted and the matter should be allowed to proceed.

3. If the preliminary Motion to Dismiss is denied, the parties believe this matter can be resolved by dispositive motion, in accordance with the schedule set forth below:

- Plaintiff's and/or Defendants' Motion for Summary Judgment – within 30 days following Court Order denying preliminary Motion to Dismiss

- Memorandum in Opposition to Plaintiff's or Defendants' Motion for Summary Judgment – within 11 days following the filing of Plaintiff's or Defendants' Motion for Summary Judgment

- Plaintiff's or Defendants' Reply Memorandum – within 5 days following the filing of the Memorandum in Opposition to Motion for Summary Judgment

4. Due to the nature of the central substantive issue presented in this matter, the parties believe a hearing on Plaintiff's and/or Defendants' Motion for Summary Judgment would assist the Court in the resolution of this issue.

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| ___/s/ Russell J. Pope___<br>Russell J. Pope, Esq.<br>POPE & HUGHES, P.A.<br>29 W. Susquehanna Ave., Suite 110<br>Towson, MD  21204<br>410-494-7777<br><br>*Attorneys for Polm Family Foundation, Inc.* | ___/s/ Jan M. Geht___<br>Jan M. Geht, Esq.<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P. O. Box 227<br>Washington, D.C. 20044<br>202-307-6449<br><br>*Attorney for the United States of America and the Internal Revenue Service* |

3412034.1