IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| POLM FAMILY FOUNDATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:08-cv-00514-RBW |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

UNITED STATES' NOTICE OF WITHDRAWAL

United States hereby withdraws its motion to dismiss filed on June 18, 2008. (PACER # 4.)

DATE: July 10, 2008

                    Respectfully submitted,

                    /s/ Jan M. Geht
                    JAN M. GEHT
                    Trial Attorney, Tax Division
                    U.S. Department of Justice
                    P.O. Box 227
                    Washington, D.C.  20044
                    Telephone: (202) 307-6449
                    Fax: (202) 514-6866
                    E-mail: jan.m.geht@usdoj.gov
                    *Counsel for the United States*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

3307038.1

- 2 -

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE was served on July 10, 2008, via ECF to all counsel of record.

        /s/ Jan M. Geht
JAN M. GEHT

3307038.1